

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Criminal No. JFM-10-0700 |
| v. | * | Civil No. – JFM-14-583 |
| | * | |
| MICHAEL SPEED | * | |

\*\*\*\*\*\*

**MEMORANDUM**

Michael Speed has filed this motion under 28 U.S.C. §2255. The motion will be denied.

Speed's complaint is that his counsel allegedly was ineffective in not advising him that he could plead guilty to the drug charges against him and not guilty to the charge that he possessed a firearm in furtherance of a drug trafficking offense. The facts, to which Speed admitted under oath at his rearraignment, clearly established his guilt as to the firearm count. Therefore, his present motion is entirely without merit.

A separate order denying Speed's motion is being entered herewith.

Date: 6/18/14

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 JUN 18  P 3: 53
CLERK'S OFFICE
AT BALTIMORE
BY___ DEPUTY